**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| DEREK J. PIGG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:09-cv-1291-LJM-MJD |
| | ) | |
| JACKSON HEWITT BOWLING | ) | |
| SHIPP LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# J U D G M E N T

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant-s motion for summary judgment is **GRANTED** and that judgment is entered for the defendant and against the plaintiff on his complaint.

Date:  _09/15/2011_

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Alexander Frazier
ALEXANDER & ASSOCIATES
jaf-law@comcast.net

Derek J. Pigg
418 Tumble Weed Drive
Kokomo, IN 46901