# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

DEREK J. PIGG, )
 )
        Plaintiff, )
 )
vs. ) 1:09-cv-1291-LJM-MJD
 )
JACKSON HEWITT BOWLING )
 SHIPP LLC, )
 )
        Defendant. )

## J U D G M E N T

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant=s motion for summary judgment is **GRANTED** and that judgment is entered for the defendant and against the plaintiff on his complaint.

Date: 09/15/2011

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

John Alexander Frazier
ALEXANDER & ASSOCIATES
jaf-law@comcast.net

Derek J. Pigg
418 Tumble Weed Drive
Kokomo, IN 46901